# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2676

_____

United States of America,           *
                                           *

           Appellee,            *
                                           *    Appeal from the United States

      v.                          *    District Court for the
                                           *    Eastern District of Missouri.

Christopher Lewis Harper,      *
                                           *    [UNPUBLISHED]

           Appellant.          *

_____

Submitted: April 26, 2005
Filed: June 7, 2005

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Christopher Harper appeals the judgment the district court[1] entered after he pleaded guilty to being a felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1). His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the 87-month sentence imposed was too harsh.

_____

      [1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

This argument, which we construe as an Eighth Amendment challenge, fails. Cf. United States v. Prior, 107 F.3d 654, 659-60 (8th Cir.) (finding no Eighth Amendment violation for defendant's harsh life sentence following guilty plea to methamphetamine offense), cert. denied, 522 U.S. 824 (1997).

Having carefully reviewed the record under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____